UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO. 2:22-cv-00264-JLB-MRM

BEVERLY THOMPSON,

      Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC AND EXPERIAN INFORMATION SOLUTIONS, INC.

      Defendants.

## JOINT NOTICE OF SETTLEMENT WITH EQUIFAX INFORMATION SERVICES, LLC (ONLY)

Plaintiff Beverly Thompson ("Plaintiff") and Defendant Equifax Information Services, LLC ("Equifax"), hereby inform the Court that they have reached a settlement in principle and are in the process of consummating the terms of the settlement agreement. Each party will bear its own attorneys' fees and court costs. The settlement is as to Plaintiff and Defendant Equifax Information Services LLC, only. Plaintiff and Equifax anticipate filing a dismissal with prejudice within forty-five (45) days of this Notice. Plaintiff and Equifax request that the Court retain jurisdiction for any matters related to consummating and/or enforcing the settlement.

Dated:  August 16, 2022               Respectfully submitted,

**BERGER MONTAGUE, PC**
By: /s/ *Sylvia S. Bolos*
Sylvia S. Bolos, MI Bar No. 78715*
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Telephone: (215) 875-4603
Facsimile: (612) 584-4470
sbolos@bm.net
*****Pro Hac Vice**

**VARNELL & WARWICK, P.A.**
By: */s/ Janet R. Varnell*
Janet R. Varnell, FBN: 0071072
Brian W. Warwick, FBN: 0605573
Matthew T. Peterson, FBN: 1020720
Erika Willis, FBN: 100021
1101 E. Cumberland Ave., Ste. 201H, #105
Tampa, FL 33602
Telephone: (352) 753-8600
Facsimile: (352-504-3301
*jvarnell@varnellandwarwick.com*
*bwarwick@varnellandwarwick.com*
*mpeterson@varnellandwarwick.com*
*ewillis@varnellandwarwick.com*
*kstroly@varnellandwarwick.com*
**Counsel for Plaintiff**

**SQUIRE PATTON BOGGS (US) LLP**
By: */s/ Jason Daniel Joffe*
Jason Daniel Joffe
Florida Bar No. 0013564
200 S. Biscayne Blvd., Suite 3400
Miami, FL 33131
Telephone: (305) 577-7000
Facsimile: (305) 577-7001
Email: jason.joffe@squirepb.com
**Counsel for Defendant**
**Equifax Information Services LLC**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 16, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Jason Daniel Joffe*
Jason Daniel Joffe

010-9421-5990/1/AMERICAS