## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION
## Case No. 2:22-cv-00264-JLB-KCD

**BEVERLY THOMPSON,**

        **Plaintiff,**

**v.**

**EQUIFAX INFORMATION
SERVICES, LLC AND
EXPERIAN INFORMATION
SOLUTIONS, INC.,**

        **Defendants.**

## JOINT NOTICE OF SETTLEMENT WITH
## EXPERIAN INFORMATION SOLUTIONS, INC. (ONLY)

Plaintiff Beverly Thompson ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), hereby inform the Court that they have reached a settlement in principle and are in the process of consummating the terms of the settlement agreement. Each party will bear its own attorneys' fees and court costs. The settlement is as to Plaintiff and Defendant Experian Information Solutions, Inc., only. Plaintiff and Experian anticipate filing a dismissal with prejudice within forty-five (45) days of this Notice. Plaintiff and Experian request that the Court retain jurisdiction for any matters related to consummating and/or enforcing the settlement.

Dated: August 17, 2022

**VARNELL & WARWICK, P.A.**

By:    /s/ *Janet R. Varnell*
Janet R. Varnell, FBN: 0071072
Brian W. Warwick, FBN: 0605573
Matthew T. Peterson, FBN: 1020720
Erika Willis, FBN: 100021
1101 E. Cumberland Ave., Ste. 201H,
#105
Tampa, FL 33602
Telephone: (352) 753-8600
Facsimile: (352-504-3301
*jvarnell@varnellandwarwick.com*
*bwarwick@varnellandwarwick.com*
*mpeterson@varnellandwarwick.com*
*ewillis@varnellandwarwick.com*
*kstroly@varnellandwarwick.com*

**BERGER MONTAGUE, PC**

Sylvia S. Bolos, MI Bar No. 78715*
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Telephone: (215) 875-4603
Facsimile: (612) 584-4470
sbolos@bm.net
*Pro Hac Vice*

***Counsel for Plaintiff***

**KASOWITZ BENSON TORRES
LLP**

By: /s/ *Maria H. Ruiz*
Maria H. Ruiz, FBN: 182923
1441 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (786) 587-1044
Facsimile: (305) 675-2601
Email: mruiz@kasowitz.com

***Counsel for Defendant***
***Experian Information Solutions, Inc.***